UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD R. CIUFFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1206 CDP |
| | ) | |
| WACHOVIA SECURITIES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| RICHARD R. CIUFFA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV1785 CDP |
| | ) | |
| WACHOVIA SECURITIES, et al., | ) | |
| | ) | |
| Defendants, | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant Wachovia Securities' motion to consolidate [#4] Cause No. 4:06CV1206CDP with Cause No. 4:06CV1785CDP is granted, and these cases are consolidated for all purposes.

**IT IS FURTHER ORDERED** that the parties shall file all further pleadings and matters in Cause No. 4:06CV1206 CDP only.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall

administratively close Cause No. 4:06CV1785 CDP.

**IT IS FURTHER ORDERED** the both of the currently filed complaints shall be deemed to be operative complaint in this matter.

**IT IS FINALLY ORDERED** that Defendants shall file their response to Plaintiff's complaints by **February 21, 2007**.

                                              _____
                                              CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this <u>16th</u> day of <u>January</u>, 2007.