UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| RICHARD R. CIUFFA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:06CV1206 CDP |
| WACHOVIA SECURITIES, LLC, et al., | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Richard Ciuffa has requested an extension of time with regard to the case management order in this case. I will grant his motion and extend the deadlines by 45 days. Plaintiff is reminded that he will be expected to comply with the new deadlines whether or not he is able to retain counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [#20] is granted and deadlines are extended as follows:

1. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **April 30, 2007**.

2. Disclosure shall proceed in the following manner:

    (a) The parties shall make all disclosures required by Rule 26(a)(1), Fed.R.Civ.P., no later than **April 16, 2007**.

(b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 30, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 29, 2007**. Plaintiff shall disclose rebuttal experts and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 16, 2007**, and shall make rebuttal experts available for depositions, and have depositions completed, no later than **October 15, 2007**.

(c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **July 18, 2007**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **August 29, 2007**. Defendant shall disclose rebuttal experts and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **September 14, 2007**, and shall make rebuttal experts available for depositions, and have depositions completed, no later than **October 15, 2007**.

(d) The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed.R.Civ.P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed.R.Civ.P., shall apply.

(e) Requests for physical or mental examinations of parties pursuant to Rule 35, Fed.R.Civ.P., must be made no later than **May 16, 2007**, and any exam must be completed by **June 18, 2007**.

(f) The parties shall complete _all_ discovery in this case no later than **December 31, 2007**.

(g) Motions to compel shall be pursued in a diligent and timely manner, but in no event filed more than eleven (11) days following the discovery deadline set out above.

3. This case shall be referred to alternative dispute resolution on **June 15, 2007**, and that reference shall terminate on **August 15, 2007**.

4. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **January 29, 2008.**. Opposition briefs shall be filed no later than **February 28, 2008** and any reply brief may be filed no later than **March 10, 2008.** If any party files a motion to dismiss, for summary judgment, or for judgment on the pleadings before January 29, the opposing party

should file any brief in opposition within thirty days of the motion, and any reply brief may be filed within ten days of the brief in opposition.

    5.    This action is set for a **JURY** trial on **July 7, 2008**, at **9 A.M.**  This is a **two** week docket.  The parties' pretrial submissions will be due twenty days before the new trial date.

Failure to comply with any part of this order may result in the imposition of sanctions.

*Catherine D. Perry*
_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2007.